2 A.3d 472

**EQUITY ONE, INC.**

v.

**Charmaine Colon McCOULLUM.**

**Petition of Charmaine Prater.**

**No. 68 EM 2010.**

Supreme Court of Pennsylvania.

Aug. 11, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2010, the "Emergency Petition for Stay and Supersedeas," the "Application to Amend," and the Application for Relief per Pa.R.A.P. 123 are **DENIED.**

2 A.3d 473

**EQUITY ONE, INC.**

v.

**Charmaine Colon McCOULLUM.**

**Petition of Charmaine Prater.**

**No. 69 EM 2010.**

Supreme Court of Pennsylvania.

Aug. 11, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2010, the "Application for Leave to File an Appeal from Nov. 23, 2009 Order of the Court of Common Pleas" is **DENIED.**